IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　)　　　No. 06-0036-01-CR-W-SOW
　　　　　　　　　　　　　　　　　　　)
LARRY D. WILLS,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　　　　)

## ORDER

Before this Court is the Report and Recommendation of United States Magistrate Sarah W. Hays regarding defendant Wills's motion for a determination of defendant's mental competency. The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant Larry Wills is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his own defense and he is competent to stand trial.

　　　　　　　　　　　　　　　　　/s/Scott O. Wright　　　　　　　
　　　　　　　　　　　　　　　　　SCOTT O. WRIGHT
　　　　　　　　　　　　　　　　　Senior United States District Judge

Dated: October 12, 2006